*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leon William Martzall
    Debtor(s)

Case No: 19–13313–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this Case (Should not be Dismissed and Restrictions on the Debtor's rights to refile another Bankruptcy Case)

will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 7/16/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 21, 2019

14 – 11
Form 175