# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:                                                    CASE NO.: 19-13313-amc

Leon William Martzall                                     CHAPTER 13
  Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

RAS CITRON, LLC.

By: /s/ Lauren B. Karl
Lauren B. Karl, Esquire
PA Bar Number 88209
PO Box 305
Ingomar, PA 15129
Telephone: 973-575-0707 x 1340
Facsimile: 973-404-8886
Email: lkarl@rascrane.com