# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Leon William Martzall | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13313AMC |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 23, 3019, this case is hereby DISMISSED.

**Date: August 26, 2019**

_____
Ashely M Chan
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Pro Se Statement
Ch 13 Income Form 122C-1
Means Test Calculation 122C-2, if applicable
Schedules A/B, C, E/F, G, H, I, J
Statement of Financial Affairs
Summary Assets & Liabilities

bfmisdoc