```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 19-13313-amc
Leon William Martzall                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: PaulP              Page 1 of 1           Date Rcvd: Aug 26, 2019
                              Form ID: pdf900          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
```
db             +Leon William Martzall,   675 Lancaster Ave,   New Holland, PA 17557-9630
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14372146       +Ditech Financial LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
14367055        Ditech Financial LLC,   P.O. Box 12740,   Tempe, AZ 85284-0046
14343098       +Ditech Financial LLC,   c/o Kevin G. McDonald, Esq.,   KML Law Group, PC,
                 701 Market Street,Suite 5000,   Philadelphia, PA 19106-1541
14372714       +Ditech Financial LLC,   c/o Lauren B Karl, Esq.,   RAS Citron,LLC,
                 130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
14342874       +Ditech Financial LLC c/o Kevin G. McDonald, Esquir,   KML Law Group, P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
14360709       +Medallion Bank,   c/o Systems & Services Technologies, Inc,   PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2019 03:03:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2019 03:03:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14351696       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2019 03:24:27
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14336709        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 03:24:31     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14363894       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2019 03:03:42     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ditech Financial LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Ditech Financial LLC lkarl@rascrane.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Leon William Martzall | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13313AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 23, 3019, this case is hereby DISMISSED.

**Date: August 26, 2019**

_____
Ashely M Chan
United States Bankruptcy Judge

Missing Documents:
    Matrix List of Creditors
    Chapter 13 Plan
    Pro Se Statement
    Ch 13 Income Form 122C-1
    Means Test Calculation 122C-2, if applicable
    Schedules A/B, C, E/F, G, H, I, J
    Statement of Financial Affairs
    Summary Assets & Liabilities

bfmisdoc